# SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF THE SEIZURE OF:

drugstrack.com, silkroadmeds.com, silkroadmedsonline.com, bestdrugcorner.com, rxeasymeds.com, pandapharmacy.com, legitrxshop.com, healthmartpharma.com, legitrxonline.com, rxpharmacyusa.com, wandbd.com, chemandpills.com, pharmacyinn.com, rxdrugsorder.com, mycarepharmacy.com, drugsorderonline.com, pillspoint.com, onlinerxhub.com, pharmacyxl.com, rxdrugpharmacy.com, drugs-point.com,

apexmedico.net, rxpharmaplus.net, rxmedzonline.net, shopdrugsonline.net, medsovernight.net, thedrugsonline.net, legitdrugs.net, legitpharmacy.net, rxovernight.net, and onedrugstore.net

8:21MJ16

ORDER TO UNSEAL

This matter is before the court on the government's motion to unseal (Filing No. 3). The motion is granted.

IT IS SO ORDERED.

Dated this 8th day of April, 2021.

BY THE COURT:

*Susan M Bazis*
SUSAN M. BAZIS
United States Magistrate Judge